| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | D DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 5 | 83 | 5157 | 11 | 21 | 83 | 1 | 153 | 1 | | | | 1 | J 6905 M | 46113 | | 83 | 5157 |

**PLAINTIFFS**

UNITED States of America

**DEFENDANTS**

JACOBS, Robert L.

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

jh

VA Educational Indebtedness - 28:1345.

**ATTORNEYS**

Bruce Boyd
Special Ass't. U.S. Attorney
2501 West 22nd
Sioux Falls, SD 57101

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID DATE | RECEIPT NUMBER | C.D. NUMBER | STATISTICAL CARDS CARD | DATE MAILED |
|---|---|---|---|---|---|
| | | | | JS-5 | |

| DATE 1983 | NR. | CIV83-5157 USA vs. Robert L. Jacobs PROCEEDINGS |
|---|---|---|
| Nov. 21 | 1 | CIVIL Cover Sheet |
| Nov. 21 | 2 | COMPLAINT |
| Nov. 21 | | Issuing SUMMONS fur. 2 c. copies to Atty. Boyd by Mail for Service |
| Dec. 19 | 3 | SUMMONS Ret. & Filed w/attached Notice & Acknowledgement of Receipt of Summons & Complaint |
| 1984 | | |
| Jan.20 | 4 | APPLICATION For Default by Plff. |
| Jan.20 | 5 | AFFIDAVIT In Support of Plff.'s Application For Default Judgment |
| Jan.20 | 6 | NOTICE Of Hearing On Plff.'s Application For Default Judgment (2-6-84 @ 10:00 A.M.) |
| Feb. 16 | 7 | DEFAULT JUDGMENT In Favor of the Plff. against Dfdt. in the amount of $388.19 w/interest |
| Feb. 16 | | 3 c copies of Deafult Judgment mailed Bruce Boyd |
| Feb. 16 | | 1 c copy mailed Dfdt. |
| Feb. 16 | | Enter Memo of Judgment in JLD |
| Feb. 29 | 8 | SATISFACTION OF JUDGMENT in the amount of $388.19 |
| Feb. 29 | | Notice of Entry and 2 copies mailed Bruce W. Boyd |
| Feb. 29 | | c copy mailed Dfdt. |
| Feb. 29 | | Enter Satisfaction of Judgment in JLD |